IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SAMUEL BOWENS, )<br>    Defendant, )<br>and )<br>)<br>CITY OF CHARLOTTE, )<br>    Garnishee. ) | CASE NO. 3:97CV135-H<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against the defendant, Samuel Bowens, is **DISMISSED**.

Signed: September 14, 2010

David C. Keesler
United States Magistrate Judge